Fill in this information to identify the case:

Debtor 1: Angelina Cruz

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 12-26403

# Form 4100R
## Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: Real Time Resolutions, Inc.

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 2 6 5 2

Property address: 5835 S CHRISTIANA AVE
Number   Street

CHICAGO   IL   60629
City   State   ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 20,512.35

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0.00

c. Total. Add lines a and b.   (c) $ 20,512.35

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   07/20/2012   MM/DD/YYYY

Debtor 1　__Angelina Cruz__
　　　　　First Name　Middle Name　Last Name

Case number (if known) __12-26403__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_　　Date __3/21/2016__
Signature

Print　__Rose__　　__Velasquez__　　Title __Senior Analyst__
　　　First Name　Middle Name　Last Name

Company　__Real Time Resolutions, Inc.__

If different from the notice address listed on the proof of claim to which this response applies:

Address
　　Number　　Street

　　City　　State　　ZIP Code

Contact phone ( __888__ ) __741__ - __1124__　　Email __bankruptcy@rtresolutions.com__

Form 4100R　　Response to Notice of Final Cure Payment　　page 2

Supplement Detailing the Status of the Post-Petition Payments Still Owed

| Payment Date | Payment Amount | Payment Date | Payment Amount |
|---|---|---|---|
| 7/20/2012 | $455.83 | 7/20/2015 | $455.83 |
| 8/20/2012 | $455.83 | 8/20/2015 | $455.83 |
| 9/20/2012 | $455.83 | 9/20/2015 | $455.83 |
| 10/20/2012 | $455.83 | 10/20/2015 | $455.83 |
| 11/20/2012 | $455.83 | 11/20/2015 | $455.83 |
| 12/20/2012 | $455.83 | 12/20/2015 | $455.83 |
| 1/20/2013 | $455.83 | 1/20/2016 | $455.83 |
| 2/20/2013 | $455.83 | 2/20/2016 | $455.83 |
| 3/20/2013 | $455.83 | 3/20/2016 | $455.83 |
| 4/20/2013 | $455.83 | | |
| 5/20/2013 | $455.83 | Total Owed | $20,512.35 |
| 6/20/2013 | $455.83 | | |
| 7/20/2013 | $455.83 | | |
| 8/20/2013 | $455.83 | | |
| 9/20/2013 | $455.83 | | |
| 10/20/2013 | $455.83 | | |
| 11/20/2013 | $455.83 | | |
| 12/20/2013 | $455.83 | Payments Received from Debtor | |
| 1/20/2014 | $455.83 | Payment Date | Payment Amount |
| 2/20/2014 | $455.83 | n/a | n/a |
| 3/20/2014 | $455.83 | | |
| 4/20/2014 | $455.83 | | |
| 5/20/2014 | $455.83 | | |
| 6/20/2014 | $455.83 | | |
| 7/20/2014 | $455.83 | | |
| 8/20/2014 | $455.83 | | |
| 9/20/2014 | $455.83 | | |
| 10/20/2014 | $455.83 | Fees Assessed to Mortgage | |
| 11/20/2014 | $455.83 | Fee       Date       Amount | |
| 12/20/2014 | $455.83 | n/a       n/a       n/a | |
| 1/20/2015 | $455.83 | | |
| 2/20/2015 | $455.83 | | |
| 3/20/2015 | $455.83 | | |
| 4/20/2015 | $455.83 | | |
| 5/20/2015 | $455.83 | | |
| 6/20/2015 | $455.83 | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In re: )
ANGELINA CRUZ )
)
) CHAPTER 13
) CASE NO. 12-26403
Debtor(s) )

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Attorney at Law
Ryan S Fojo
Geraci Law, L.L.C.
55 E Monroe Suite 3400
Chicago, IL 60603

TOM VAUGHN
Standing Chapter 13 Trustee
55 E. MONROE STREET, Suite 3850
CHICAGO, IL 60603-

Angelina Cruz
5835 S Christiana
Chicago, IL 60629

Dated 3/21/2016

By _____

Real Time Resolutions, Inc.
1349 Empire Central Dr., Suite 150
Dallas, TX 75247